# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2014

Robert P. Young, Jr.,
Chief Justice

148442

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DEPARTMENT OF NATURAL RESOURCES
AND ENVIRONMENT, f/k/a DEPARTMENT
OF ENVIRONMENTAL QUALITY,
        Plaintiff-Appellee,

v

        SC: 148442
        COA: 297663
        Ingham CC: 89-064557-CE

REXAIR, INC.,
        Defendant-Appellant.

_____/

        On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2014



Clerk

t0610